**ORDERED.**

JOSEPHINE E. SALMON (AZ Bar #020630)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

**Dated: May 24, 2011**

_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**

_____

Attorneys for GMAC MORTGAGE, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA - TUCSON DIVISION

| | |
|---|---|
| In re<br><br>LAWRENCE M DURGIN, JR. AND MELODY K DURGIN,<br><br>Debtor(s). | Case No. 4:11-BK-01876-EWH<br><br>Chapter 13<br><br>ORDER ON STIPULATION RE: AVOIDANCE OF LIEN |

The parties having agreed to the terms set forth in the Stipulation Re: Avoidance of Lien are bound by the terms of their stipulation. The Stipulation Re: Avoidance of Lien, docket entry number thirty (30), is hereby approved and made an order of the court.

**END OF ORDER**

# COURT SERVICE LIST

**ATTORNEY FOR MOVANT**

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

**DEBTOR(S)**

Lawrence M Durgin, Jr.
Melody K Durgin
9024 South Placita Rancho De La Vista
Vail, AZ 85641

**DEBTOR(S) ATTORNEY**

Jerry Stephen Smith
Jerry S. Smith, PLLC
2329 N. Tucson Blvd.
Tucson, AZ 85716

**CHAPTER 13 TRUSTEE**

Dianne C. Kerns
7320 North La Cholla , #154 PMB 413
Tucson, AZ 85741-2305